UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BAYMONT FRANCHISE SYSTEMS, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>R S HOSPITALITY, LLC, a Texas Limited Liability Company; RUSTAM MISTRY, an individual; and SALIMA MISTRY, an individual,<br><br>    Defendants. | **ORDER**<br><br>Civ. No. 15-04067 (WHW)(CLW) |

  The matter having come before the Court on Baymont Franchise Systems, Inc.'s Motion for Default Judgment, ECF No. 35, it is hereby ORDERED that Plaintiff's motion is granted. It is further ORDERED that the Clerk of Court enter judgment for Plaintiff against R S Hospitality, LLC, in the amount of $99,051.59.

DATE: 12 July 2016

              Hon. William H. Walls
              Senior United States District Court Judge